IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEFAN RONNELL EVANS,<br><br>　　Plaintiff,<br><br>　v.<br><br>SHERIFF NEIL WARREN, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-3719-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action as barred by the two year statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of April, 2015.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\14\Evans\14cv3719\r&r.wpd